AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| Julia Sancho, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| Claire's ANails & Spa Inc., et al | ) |
| *Defendant* | ) |

Civil Action No.   1:18-cv-00224-CBA-SJB

## WAIVER OF THE SERVICE OF SUMMONS

To:  Michael A.Faillace, Esq. and Sara J. Isaacson, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____10/04/2018_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____10/04/2018_____

_____
*Signature of the attorney or unrepresented party*

Claire's Nails & Spa Inc., Jin Xuan Li, Qian Wen Yan
*Printed name of party waiving service of summons*

Rui Ma
*Printed name*

Hang & Associates, PLLC
136-20 38th Ave., Suite 10G
Flushing, New York 11354
*Address*

rma@hanglaw.com
*E-mail address*

(718) 353-8588
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the **defendant or the defendant's property.**

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.